28,594-21

W07-55832-S (D)

MOTION DENIED
DATE: 3-9-15
BY: P.C.

Ex Parte

Arthur Roy Morrison
                    Petitioner (P)

§ In the Court of Criminal Appeals

§ Travis County, Texas

§

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

## Motion For Evidentary Hearing

To the Court of Criminal Appeals:

Take Notice Petitioner moves this Court for an evidentary hearing pursuant to Art 11.07 will be set out below.

Petitioner was excommunicated from application (D) that has given rise to this application the discovery of two fraudulent Judgments that were concocted after (D)'s denial see motion for re-hearing, amended pet. served to the 291st DC, suggestion to revisit.

Ex parte Sledge, 391 SW 3d 104 A subsequent application may also avoid a Tex Code Crim Proce Ann Art .11.07 §4 bar by establishing that the factual basis now exists that was unavailable to the applicant when he filed his initial post-conviction writ application. A new factual basis is one that could not have been discovered through the exercise of reasonable diligence before the date of the initial application TCCP Art 11.07 §4 (c) Reasonable diligence suggests at least some kind of inquiry has been made into the matter at issue.

If the applicant includes facts that establish by a preponderance of the evidence absent a Fed. Const. violation no rational juror could have found the applicant guilty beyond a reasonable doubt, he may defeat the bar.

Ex parte Young, 418 SW2d 824,26 N2 Under recent decisions of Fed Ct. sitting in Texas Art. 11.07 CCP 1965 provides an effective, adequate and

speedy post conviction remedy in that it offers the applicant the opportunity for a full and fair state ct. fact-finder hearing of the sort dictated by th Sct. in Townsend v Sain, 372 US 293.

Ergo an evidentory hearing is required to see who authored the two fraudulent judgments when, on which computer terminal, why the malediction from application (B), (D) the indictment, Grand Jury proceeding.

### Prayer

Wherefore Petitioner prays for an evidentory hearing.

Prayed,
Arthur Roy Morrison

11 Feb 15

### Service

ADA Smith was mailed a copy despite her refusal to serve Respondents Orig ans..

11 Feb 15

Arthur Roy Morrison